IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

JUAN F. EVANS,
      Appellant/Debtor.

Case No. 3:06cv140/LAC/MD
Bankruptcy Case: 04-31769-LMK
Adv. Proc. No. 05-03017

JUAN F. EVANS
      Plaintiff

v.

CODILIS & STAWIARSKI, P.A., et al.,
      Defendants.

_____

**O R D E R**

      Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 11, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The motion for leave to appeal *in forma pauperis* (doc. 1, Attach. #4) is DENIED.

      3.    Appellant Evans is ordered to pay the statutory filing fee of $255 within ten days of this order.  If he fails to do so, his appeal shall be dismissed.

      DONE AND ORDERED this 11th day of May, 2006.

                          *s/L.A. Collier*_____
                          LACEY A. COLLIER
                          SENIOR UNITED STATES DISTRICT JUDGE